made upon the original hearing. The motion is overruled.

## 1

Will STUBBLEFIELD v. STATE. (No. 8942.) (Court of Criminal Appeals of Texas. April 22, 1925.) Appeal from District Court, Walker County; Carl T. Harper, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The witnesses for the state gave direct testimony showing the commission of the offense. The testimony is uncontroverted. The indictment is regular. No complaint is made of the charge of the court, or of the rulings upon the conduct of the trial. The judgment is affirmed.

## 2

Corbin TURNER v. STATE. (No. 9491.) (Court of Criminal Appeals of Texas. May 20, 1925.) Appeal from District Court, Taylor County; W. R. Ely, Judge. T. A. Bledsoe, of Abilene, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. By motion duly verified by his affidavit, appellant requests a dismissal of his appeal. The motion is granted.

## 3

Jackson WARF v. STATE. (No. 8907.) (Court of Criminal Appeals of Texas. April 22, 1925.) Appeal from District Court, Bexar County; W. W. McCrory, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Bexar county of rape, and his punishment fixed at five years in the penitentiary. The record is before us without any bills of exception. No brief appears for appellant. The facts support the conclusion of the jury. A girl under the age of consent testified positively to the fact of appellant's repeated intercourse with her. A physician who examined her testified to corroborative facts. Three special charges were requested, but nothing in the record indicates either of them was presented to the court at the proper time, or that any exception was reserved to the refusal of the court to give them. Exceptions to the main charge also appear, but the matter contained therein does not appear to be erroneous. The judgment will be affirmed.

## 4

J. T. WARREN et al. v. STATE. (No. 8955.) (Court of Criminal Appeals of Texas. May 6, 1925.) Appeal from District Court, Lee County; R. J. Alexander, Judge. Watson & Simmang, of Giddings, for appellants. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P, J. This is an appeal from a judgment making final the forfeiture of an appeal bond. Appellants, by a written motion, have requested that the appeal be dismissed. The motion is granted.

## 5

Will WARREN et al. v. STATE. (No. 8956.) (Court of Criminal Appeals of Texas. May 6, 1925.) Appeal from District Court, Lee County; R. J. Alexander, Judge. Watson & Simmang, of Giddings, for appellants. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. This is an appeal from a judgment making final the forfeiture of an appeal bond. Appellants, by a written motion, have requested that the appeal be dismissed. The motion is granted.

## 6

Solomon WATERS v. STATE. (No. 9459.) (Court of Criminal Appeals of Texas. May 20, 1925.) Appeal from District Court, Jones County; Bruce W. Bryant, Judge. T. A. Bledsoe, of Abilene, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction in district court of Jones county for transporting intoxicating liquor; punishment, two years in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment correctly charges the offense, and we find no fault with the charge of the court. No error appearing, the judgment will be affirmed.

## 7

Man WHITE v. STATE. (No. 9210.) (Court of Criminal Appeals of Texas. May 6, 1925.) Appeal from District Court, Denton County; C. R. Pearman, Judge. Edwin M. Fulton, of Pilot Point, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Denton county of possessing intoxicating liquor for the purpose of sale, and his punishment fixed at one year in the penitentiary. Appellant has filed a sworn request, asking for permission to withdraw his appeal. The request is granted, and the appeal is ordered dismissed.

## 8

Man WHITE v. STATE. (No. 9211.) (Court of Criminal Appeals of Texas. May 6, 1925.) Appeal from District Court, Denton County; C. R. Pearman, Judge. Edwin M. Fulton, of Pilot Point, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.